AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

_____ DISTRICT OF _____

CALVIN WILLIAM ROTH, JR.

v.

COMMONWEALTH OF PENNSYLVANIA

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 2341 C.A. 1992

**1:CV00-1831**

I, CALVIN WILLIAM ROTH, JR., declare that I am the (check appropriate box)

[X] petitioner/plaintiff            [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant        [X] 28 USC §2254
                                        other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

FILED
SCRANTON

OCT 16 2000

PER ___RM/___
       DEPUTY CLERK

In further support of this application, I answer the following questions.

1. Are you presently employed?                                Yes [X]   No [ ]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    SCI-Houtzdale.  menial jail house Labor, 42¢ per hour.

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    N/A

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment       Yes [ ]   No [X]
    b. Rent payments, interest or dividends?                       Yes [ ]   No [X]
    c. Pensions, annuities or life insurance payments?             Yes [ ]   No [X]
    d. Gifts or inheritances?                                      Yes [ ]   No [X]
    e. Any other sources?                                          Yes [ ]   No [X]

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE 10/05/2000
REMOTE PRINT TIME 13:36            FROM PURGE FILE           PAGE          1

   INMATE    NAME
   NUMBER    LAST                    FIRST         MI         STARTING BALANCE
   CY1623    ROTH                    CALVIN         W                    3.11

 BATCH     DATE                                            TRANSACTION BALANCE AFTER
   #    MO DY YEAR    TRANSACTION DESCRIPTION                 AMOUNT   TRANSACTION

  9004  04-10-2000  34  RADIO/TV
                        CABLE TV SERVICE                        -9.00         -5.89
  6322  04-14-2000  37  POSTAGE
                        POSTAGE APRIL 14, 2000                  -1.43         -7.32
  6311  04-14-2000  10  MAINTENANCE PAYROLL
                        PAY GR. #1 3/1-3/31/00                  59.59         52.27
  8110  04-19-2000  32  HOU COMMISSARY
                        FOR   4/19/2000                        -38.16         14.11
  8117  04-26-2000  32  HOU COMMISSARY
                        FOR   4/26/2000                        -13.77           .34
  9005  05-08-2000  34  RADIO/TV
                        CABLE TV SERVICE                        -9.00         -8.66
  6643  05-10-2000  37  POSTAGE
                        POSTAGE MAY 10, 2000                     -.55         -9.21
  6671  05-12-2000  10  MAINTENANCE PAYROLL
                        PAY GR.#1  4/1-4/30/00                  58.80         49.59
  6722  05-16-2000  37  POSTAGE
                        POSTAGE MAY 16, 2000                     -.33         49.26
  8138  05-17-2000  32  HOU COMMISSARY
                        FOR   5/17/2000                        -38.60         10.66
  6764  05-19-2000  38  INSIDE PURCHASES
                        ARTS & CRAFTS PURCHASE                  -1.53          9.13
  8145  05-24-2000  32  HOU COMMISSARY
                        FOR   5/24/2000                         -7.63          1.50
  6868  05-30-2000  37  POSTAGE
                        POSTAGE MAY 30, 2000                     -.22          1.28
  6991  06-08-2000  10  MAINTENANCE PAYROLL
                        PAY GROUP #1 5/1-5/31/00                64.68         65.96
  9006  06-08-2000  34  RADIO/TV
                        CABLE TV SERVICE                        -9.00         56.96
  8166  06-14-2000  32  HOU COMMISSARY
                        FOR   6/14/2000                        -46.32         10.64
  7075  06-16-2000  37  POSTAGE
                        POSTAGE JUNE 16, 2000                    -.55         10.09
  7086  06-19-2000  37  POSTAGE
                        POSTAGE JUNE 19, 2000                   -3.20          6.89
  7086  06-19-2000  37  POSTAGE
                        POSTAGE JUNE 19, 2000                    -.55          6.34
  8173  06-21-2000  32  HOU COMMISSARY
                        FOR   6/21/2000                         -5.93           .41
  7223  06-29-2000  14  MISCELLANEOUS
                        SALE OF INMATE ARTWORK                   21.60        22.01

                           BALANCE AFTER THESE TRANSACTIONS------>             22.01
```

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING          DATE 10/05/2000
REMOTE PRINT TIME 13:36            FROM ACTIVE FILE             PAGE         1

   INMATE      NAME
   NUMBER      LAST                FIRST            MI          STARTING BALANCE
   CY1623      ROTH                CALVIN           W                  22.01

  BATCH       DATE                                          TRANSACTION  BALANCE AFTER
    #       MO DY YEAR      TRANSACTION DESCRIPTION           AMOUNT      TRANSACTION

   7248    07-03-2000    13  PERSONAL GIFT FROM
                             JANET STEFFY 426724              25.00          47.01
   8188    07-06-2000    32  HOU COMMISSARY
                             FOR   7/06/2000                 -39.30           7.71
   9007    07-10-2000    34  RADIO/TV
                             CABLE TV SERVICE                 -9.00          -1.29
   7382    07-13-2000    10  MAINTENANCE PAYROLL
                             PAY GR. #1  6/1 - 6/30/00        59.64          58.35
   8201    07-19-2000    32  HOU COMMISSARY
                             FOR   7/19/2000                 -50.91           7.44
   7481    07-21-2000    14  MISCELLANEOUS
                             SALE OF INMATE ARTWORK           36.00          43.44
   7486    07-21-2000    37  POSTAGE
                             POSTAGE JULY 21, 2000             -.33          43.11
   8208    07-26-2000    32  HOU COMMISSARY
                             FOR   7/26/2000                 -43.09            .02
   9008    08-07-2000    34  RADIO/TV
                             CABLE TV SERVICE                 -9.00          -8.98
   7733    08-11-2000    10  MAINTENANCE PAYROLL
                             PAY GR. #1  7/1 - 7/31/00        58.80          49.82
   7755    08-14-2000    37  POSTAGE
                             POSTAGE AUGUST 14, 2000           -.44          49.38
   8229    08-16-2000    32  HOU COMMISSARY
                             FOR   8/16/2000                 -43.49           5.89
   7860    08-23-2000    37  POSTAGE
                             POSTAGE AUGUST 23, 2000           -.77           5.12
   8236    08-23-2000    32  HOU COMMISSARY
                             FOR   8/23/2000                  -5.59           -.47
     46    09-07-2000    10  MAINTENANCE PAYROLL
                             PAY GR. #1  8/1 - 8/31/00        47.88          47.41
   9009    09-11-2000    34  RADIO/TV
                             CABLE TV SERVICE                 -9.00          38.41
   8257    09-13-2000    32  HOU COMMISSARY
                             FOR   9/13/2000                 -37.75            .66
    274    09-27-2000    13  PERSONAL GIFT FROM
                             JANET STEFFY JR 326757           75.00          75.66
    335    10-02-2000    37  POSTAGE
                             POSTAGE OCTOBER 2, 2000           -.22          75.44
   8278    10-04-2000    32  HOU COMMISSARY
                             FOR 10/04/2000                  -47.10          28.34

                             BALANCE AFTER THESE TRANSACTIONS------>        28.34
```