Calvin William Roth
Inst. No. CY-1623
S.C.I. @ Houtzdale
Post Office Box 1000
Houtzdale, Pennsylvania
16698-1000

"CLERK'S OFFICE"

January 21, 2001

United States District Court
228 Walnut Street
Post Office Box 983
Harrisburg, PA 17108

FILED
HARRISBURG
JAN 2 5 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

CIVIL ACTION NO.
1:CV-00-1831

Dear Sir/Madam:

    By way of this letter I would like to ask the Court respectfully to grant me time to amend the above referenced by way of memorandum. Please advise as soon as possible.

    Thank you for your time and kind attention in this matter. I remain...

Respectfully yours,

1-21-2001
Calvin William Roth

CWR:mcr

File

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN WILLIAM ROTH, | : | CIVIL ACTION NO. 1:CV-00-1831 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | (Judge Rambo) |
| Respondent | : | |

FILED
HARRISBURG
JAN 2 5 2001
MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

### NOTICE OF ELECTION

I, __Calvin William Roth__, petitioner in the above-captioned action, have read the Order of Court which accompanied this form notice. Pursuant to that order, I elect to proceed in this action as follows:

_____  I have not labeled my motion, petition or pleading as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. I choose to have the court rule on my motion, petition or pleading as filed. I understand that the failure to bring the motion, petition or pleading under 28 U.S.C. § 2254 may be a basis for denial or dismissal of the motion, petition or pleading.

_____  I have not labeled my motion, petition or pleading as a petition for writ of habeas corpus under 28 U.S.C. § 2254. I choose to have my motion, petition or pleading re-characterized as a petition for writ of habeas corpus under 28 U.S.C. § 2254. I understand that by doing so I lose my ability to file a second or successive petition absent certification by the Court of Appeals, and that the potential for relief is further limited in a second or successive petition.

_____  I have not labeled my motion, petition or pleading as a petition for writ of habeas corpus under 28 U.S.C. § 2254. I choose to withdraw the petition so that I may file one, all-inclusive petition under 28 U.S.C. § 2254 within the one-year limit for filing such a petition.

__X__   I have labeled my petition as a petition for writ of habeas corpus under 28 U.S.C. § 2254. I choose to have the court rule on my petition as filed. I understand that I may be forever barred from presenting in federal court any claim not presented in this petition. I further understand that by doing so I lose my ability to file a second or successive petition absent certification by the Court of Appeals, and that the potential for relief is further limited in a second or successive petition.

_____   I have labeled my petition as a petition for writ of habeas corpus under 28 U.S.C. § 2254. I choose to withdraw the petition so that I may file one, all-inclusive petition under 28 U.S.C. § 2254 within the one-year limit for filing such a petition.

YOUR ELECTION ON THIS FORM, AS WELL AS THE FAILURE TO MAKE AN ELECTION, WILL BE BINDING ON YOU AS RELATES TO YOUR LITIGATION IN FEDERAL COURT OF ANY CLAIM RELATED TO THE CUSTODY YOU HAVE CHALLENGED. READ CAREFULLY THE ORDER ACCOMPANYING THIS FORM NOTICE OF ELECTION.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 2_, 2001___.
    (Date)

_____
(Signature of Petitioner)