IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALVIN WILLIAM ROTH,** | : | CIVIL ACTION NO. 1:CV-00-1831 |
| Petitioner | : | |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | (Judge Rambo) |
| Respondent | : | |

FILED
HARRISBURG, PA
FEB 23 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

O R D E R

AND NOW, upon consideration of Petitioner's request for leave to submit a memorandum in support of his petition for writ of habeas corpus, **IT IS HEREBY ORDERED THAT** the motion (Doc. 4) is granted.  Petitioner may file a supporting memorandum which does not exceed fifteen (15) pages in length on or before March 12, 2001.

                                                  SYLVIA H. RAMBO
                                                United States District Judge

Dated: February 23, 2001.

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 23, 2001

Re: 1:00-cv-01831   Roth v. Commonwealth of PA

True and correct copies of the attached were mailed by the clerk to the following:

Calvin William Roth
SCI-HOUTZDALE
CY-1623
P.O.Box 1000
Houtzdale, PA  16698-1000

cc:
Judge                          (X)        (X) Pro Se Law Clerk
Magistrate Judge               ( )        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )

Bankruptcy Court               ( )
Other _____         ( )

MARY E. D'ANDREA, Clerk

DATE: February 23rd, 2001              BY: /s/ signature
                                           Deputy Clerk