ORIGINAL

⑥
3/6/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN WILLIAM ROTH,<br>Petitioner<br>VS.<br>COMMONWEALTH OF PENNSYLVANIA,<br>RESPONDENT | )<br>)<br>)<br>) | CIVIL ACTION NO.<br>1:CV-00-1831<br><br>( Judge Rambo ) |

FILED
MAR 0 5 2001
PER ma
HARRISBURG, PA.    DEPUTY CLERK

REQUEST FOR EXTENTION OF TIME TO
FILE A SUPPORTING MEMORANDUM

I, the petitioner have received this courts Order dated 2/27/01
I am unlearned in the law and will need legal assistance in
Order to complete said Memorandum. I am awaiting jailhouse assistans
Which would allow me to complete said Memorandum in the Month of
May. Wherefore, I am at this time requesting that this court grant
Me an extention of at least Sixty(60) days. This is urgent and
Absent this court granting this request will deny me the opportunity
To fully present my case in this matter, Respectfully.

WHEREFORE, I Pray for all of the relief requested, and all other
Relief that this Honorable court deems just under the circumstances.

RESPECTFULLY
_Calvin W. Roth_
CALVIN W. ROTH, PRO-SE
INST# CK-1623
P.O. BOX 1000
Houtzdale, PA. 16698-1000

DATE: Feb, 28 01
CC: File