*see a/o*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN WILLIAM ROTH, | : | CIVIL ACTION NO. 1:CV-00-1831 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | (Judge Rambo) |
| Respondent | : | |

FILED
HARRISBURG, PA

MAR 1 2 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

## O R D E R

AND NOW, upon consideration of Petitioner's motion for a sixty (60) day enlargement of time in which to file a memorandum in support of his petition for writ of habeas corpus, **IT IS HEREBY ORDERED THAT** the motion (Doc. 6) is granted. Petitioner is granted an enlargement of time until April 27, 2001 in which to file a supporting memorandum which does not exceed fifteen (15) pages in length. In the interim, a decision regarding service of the petition will be held in abeyance.

SYLVIA H. RAMBO
United States District Judge

Dated: March /2, 2001.

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

March 12, 2001

Re: 1:00-cv-01831   Roth v. Commonwealth of PA

True and correct copies of the attached were mailed by the clerk to the following:

```
Calvin William Roth
SCI-HOUTZDALE
CY-1623
P.O.Box 1000
Houtzdale, PA  16698-1000
```

```
cc:
Judge                             (✓)           ( ) Pro Se Law Clerk
Magistrate Judge                  ( )           ( ) INS
U.S. Marshal                      ( )           ( ) Jury Clerk
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )
Bureau of Prisons                 ( )
Ct Reporter                       ( )
Ctroom Deputy                     ( )
Orig-Security                     ( )
Federal Public Defender           ( )
Summons Issued                    ( ) with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5               ( )
Order to Show Cause               ( ) with Petition attached & mailed certified mail
                                      to: US Atty Gen  ( )    PA Atty Gen ( )
                                          DA of County ( )    Respondents ( )

Bankruptcy Court                  ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE:  3/12/01                            BY: /s/
                                              Deputy Clerk