AFFIDAVIT

(To be completed by the appropriate prison official)

CIVIL ACTION NO. _____

(9) 4/10/01
1:00-cv-1831

I, __Christine Afton__, being duly sworn, depose and say:

(1) I am employed as __Accounting Assistant__ at __SCI Houtzdale__
I have served in that capacity since __12-95__ , ____.

(2) The plaintiff, __Calvin William Roth, Jr.__; Reg. No. _____,
is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:

a. Prison account

1. Present balance: $ __31.54__

2. Total amount of deposits during six months preceding the filing of the complaint: $ __556.88__

3. Average monthly balance: $ __37.39__

4. Average monthly deposits: $ __92.81__

b. Employment

1. Institutional employment: $ __346.88__

2. Average monthly wage: $ __57.81__

c. Other resources: _____

**FILED SCRANTON**
**APR - 9 2001**
PER _____
DEPUTY CLERK

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

__Christine Afton__
Signature

Sworn to and subscribed before me this __5th__ day of __April__, 2001.

__Vickie K. Henry__
Notary Public
My Commission Expires:

Return to:

United States District Court
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

NOTARIAL SEAL
VICKIE K. HENRY, NOTARY PUBLIC
WOODWARD TWP., CLEARFIELD CO., PA
MY COMMISSION EXPIRES JAN. 18, 2003