**Martin F. Horn**
Secretary



**John M. McCullough**
Superintendent

## Pennsylvania Department of Corrections
## State Correctional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

**William E. Speck**
Deputy Superintendent for
Facilities Management

**Frank J. Tennis**
Deputy Superintendent for
Centralized Services

PHONE: (814) 378-1000   FAX: (814) 378-1030

April 11, 2001

FILED
HARRISBURG
APR 16 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Sylvia H. Rambo, United States District Judge
United States District Court for the Middle District of Pa.
Harrisburg, Pa.

        Re:  Civil Action No. 1: CV-00-1831
             Calvin William Roth, Jr.

Dear Judge Rambo:

Calvin William Roth, Jr., CY-1623 is employed at SCI Houtzdale on the Maintenance Repair Crew. He does menial jailhouse labor and is paid at a rate of $.42 an hour. Over the last 6-month period Mr. Roth's payroll has averaged between $53.76 and $62.48 monthly. His end of the month balance has varied from $.49 to his present balance of $31.54.

In addition Mr. Roth received $180.00 in personal gifts during this time period. To the best of our knowledge, he has no other monetary securities to his credit.

If our staff can be of further service, please feel free to contact us.

                          Sincerely,

                          Cindy Hoover
                          Corrections Unit Manager

CLH/pam

cc:    C. Roth, CY-1623
       DC-14
       DC-15
       File

```
                          INMATE ACCOUNTS SYSTEM                        MA30402
                       PURGED RECORDS INQUIRY  -  TRANSACTIONS

INMATE NUMBER      NAME, LAST           FIRST            MI
  CY1623             ROTH               CALVIN           W                  .00

BATCH   BATCH/SYS DATE    TRANSACTION/TRANS SUB              TRANSACTION   NEW
NUMBER  YEAR MO DAY       CODE DESCRIPTION         INST      RCD#/AMOUNT   BALANCE
 0451   2000 10 12  10    MAINTENANCE PAYROLL      SC1H5        0412
        2000 10 12  00    PAY GR. #1   9/1 - 9/30/00            53.76      53.89
 0477   2000 10 16  37    POSTAGE                  SC1H5        0413
        2000 10 16  00    POSTAGE OCT 16, 2000                    .55      53.34
 8292   2000 10 18  32    HOU COMMISSARY           SC1H5        0414
        2000 10 18  00    FOR 10/18/2000                        45.99       7.35
 0552   2000 10 20  38    INSIDE PURCHASES         SC1H5        0415
        2000 10 20  00    ART CANVAS OCTOBER 20, 2000            4.03       3.32
 0569   2000 10 23  37    POSTAGE                  SC1H5        0416
        2000 10 23  00    POSTAGE OCTOBER 23, 2000                .33       2.99
 8299   2000 10 25  32    HOU COMMISSARY           SC1H5        0417
        2000 10 25  00    FOR 10/25/2000                         2.85        .14
                                                   MORE TRANSACTIONS? (Y/N)

F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

```
                         INMATE ACCOUNTS SYSTEM                            MA30402
                    PURGED RECORDS INQUIRY   -   TRANSACTIONS

 INMATE NUMBER    NAME, LAST         FIRST              MI         STARTING BAL.
    CY1623        ROTH               CALVIN             W              75.66

 BATCH   BATCH/SYS DATE   TRANSACTION/TRANS SUB           TRANSACTION     NEW
 NUMBER  YEAR MO DAY      CODE DESCRIPTION       INST     RCD#/AMOUNT   BALANCE
  0335   2000 10 02  37   POSTAGE                SC1H5       0406
         2000 10 02  00   POSTAGE OCTOBER 2, 2000              .22       75.44
  8278   2000 10 04  32   HOU COMMISSARY         SC1H5       0407
         2000 10 04  00   FOR 10/04/2000                     47.10       28.34
  9010   2000 10 05  34   RADIO/TV               SC1H5       0408
         2000 10 05  00   CABLE TV SERVICE                    9.00       19.34
  0403   2000 10 10  37   POSTAGE                SC1H5       0409
         2000 10 10  00   POSTAGE CHARGE 10/10/00             1.21       18.13
  0415   2000 10 11  41   MEDICAL                SC1H5       0410
         2000 10 11  00   MEDICAL COPAY 10/4-10/00            2.00       16.13
  8286   2000 10 12  32   HOU COMMISSARY         SC1H5       0411
         2000 10 12  00   FOR 10/12/2000                     16.00         .13
                                             MORE TRANSACTIONS? (Y/N)

 F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

```
                        INMATE ACCOUNTS SYSTEM                        MA30402
                     PURGED RECORDS INQUIRY  -  TRANSACTIONS

 INMATE NUMBER    NAME, LAST            FIRST            MI
    CY1623        ROTH                  CALVIN           W                 .00

 BATCH   BATCH/SYS DATE   TRANSACTION/TRANS SUB              TRANSACTION    NEW
 NUMBER  YEAR MO DAY      CODE DESCRIPTION         INST      RCD#/AMOUNT   BALANCE
  0682   2000 11 01  13   PERSONAL GIFT FROM       SC1H5        0418
         2000 11 01  00   JANET STEFFY 566826                   50.00       50.14
  0714   2000 11 03  37   POSTAGE                  SC1H5        0419
         2000 11 03  00   POSTAGE NOVEMBER 3, 2000                .22       49.92
  0729   2000 11 06  37   POSTAGE                  SC1H5        0420
         2000 11 06  00   POSTAGE NOVEMBER 6, 2000               1.43       48.49
  0738   2000 11 06  31   OUTSIDE PURCHASES        SC1H5        0421
         2000 11 06  00   WHITMAN DIST. CO  (BOOKS)             29.00       19.49
  0760   2000 11 08  37   POSTAGE                  SC1H5        0422
         2000 11 08  00   POSTAGE NOVEMBER 8, 2000                .33       19.16
  0766   2000 11 08  10   MAINTENANCE PAYROLL      SC1H5        0423
         2000 11 08  00   PAY GRP #1 (10/1-10/31/00)            57.69       76.85
                                              MORE TRANSACTIONS? (Y/N)

 F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

```
                       INMATE ACCOUNTS SYSTEM                         MA30402
                    PURGED RECORDS INQUIRY  -  TRANSACTIONS

 INMATE NUMBER     NAME, LAST          FIRST              MI
   CY1623          ROTH                CALVIN             W                 .00

 BATCH   BATCH/SYS DATE   TRANSACTION/TRANS SUB           TRANSACTION    NEW
 NUMBER  YEAR MO DAY      CODE DESCRIPTION       INST     RCD#/AMOUNT    BALANCE
  8313   2000 11 08  32   HOU COMMISSARY         SC1H5       0424
         2000 11 08  00   FOR 11/08/2000                       8.72       68.13
  9011   2000 11 09  34   RADIO/TV               SC1H5       0425
         2000 11 09  00   CABLE TV SERVICE                    9.00        59.13
  8320   2000 11 15  32   HOU COMMISSARY         SC1H5       0426
         2000 11 15  00   FOR 11/15/2000                     49.01        10.12
  8327   2000 11 22  32   HOU COMMISSARY         SC1H5       0427
         2000 11 22  00   FOR 11/22/2000                      9.93          .19
  0928   2000 11 27  13   PERSONAL GIFT FROM     SC1H5       0428
         2000 11 27  00   JANET STEFFY 492708                50.00        50.19
  0943   2000 11 28  37   POSTAGE                SC1H5       0429
         2000 11 28  00   POSTAGE NOVEMBER 28, 2000            .33        49.86
                                                 MORE TRANSACTIONS? (Y/N)

 F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

```
                      INMATE ACCOUNTS SYSTEM                            MA30402
                   PURGED RECORDS INQUIRY  -  TRANSACTIONS

 INMATE NUMBER      NAME, LAST           FIRST            MI
   CY1623            ROTH                CALVIN           W                  .00

 BATCH    BATCH/SYS DATE    TRANSACTION/TRANS SUB              TRANSACTION    NEW
 NUMBER   YEAR MO DAY       CODE DESCRIPTION        INST       RCD#/AMOUNT    BALANCE
  8334    2000 11 29   32   HOU COMMISSARY          SC1H5         0430
          2000 11 29   00   FOR 11/29/2000                         49.80        .06
  0978    2000 11 30   37   POSTAGE                 SC1H5         0431
          2000 11 30   00   POSTAGE CHARGES 11/30/00                .55        .49CR
  1073    2000 12 07   10   MAINTENANCE PAYROLL     SC1H5         0432
          2000 12 07   00   PAY GR. #1   11/1 - 11/30/00           54.60      54.11
  9012    2000 12 11   34   RADIO/TV                SC1H5         0433
          2000 12 11   00   CABLE TV SERVICE                        9.00      45.11
  8348    2000 12 13   32   HOU COMMISSARY          SC1H5         0434
          2000 12 13   00   FOR 12/13/2000                         42.42       2.69
  1153    2000 12 14   37   POSTAGE                 SC1H5         0435
          2000 12 14   00   POSTAGE DEC 14, 2000                    .22        2.47
                                                    MORE TRANSACTIONS? (Y/N)

 F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

```
                         INMATE ACCOUNTS SYSTEM                         MA30402
                   PURGED RECORDS INQUIRY  -  TRANSACTIONS

 INMATE NUMBER    NAME, LAST            FIRST              MI
    CY1623        ROTH                  CALVIN             W                .00

 BATCH    BATCH/SYS DATE    TRANSACTION/TRANS SUB          TRANSACTION    NEW
 NUMBER   YEAR MO DAY       CODE DESCRIPTION       INST    RCD#/AMOUNT    BALANCE
  1153    2000 12 14   37   POSTAGE                SC1H5      0436
          2000 12 14   00   POSTAGE DEC 14, 2000              1.43        1.04
  1203    2000 12 19   37   POSTAGE                SC1H5      0437
          2000 12 19   00   POSTAGE DEC 19, 2000               .22         .82
  0000    0000 00 00   00                                        0
          0000 00 00   00                                      .00         .00
  0000    0000 00 00   00                                        0
          0000 00 00   00                                      .00         .00
  0000    0000 00 00   00                                        0
          0000 00 00   00                                      .00         .00
  0000    0000 00 00   00                                        0
          0000 00 00   00                                      .00         .00
                                                    NO MORE TRANSACTIONS   N

 F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

Case 1:00-cv-01831-SHR-KH    Document 10    Filed 04/16/2001    Page 8 of 12

```
                        INMATE ACCOUNTS SYSTEM                    MA301A2
                        INQUIRY   -   TRANSACTIONS

INMATE NUMBER    NAME, LAST         FIRST              MI
  CY1623         ROTH               CALVIN             W

BATCH     DATE            TRANSACTION/TRANSACTION SUB      TRANSACTION       NEW
NUMBER  YEAR MO DAY       CODE DESCRIPTION                      AMOUNT   BALANCE
 1566   2001-01-22   37   POSTAGE
                     00   POSTAGE JAN 22, 2001                     .34     81.88
 1587   2001-01-23   37   POSTAGE
                     00   POSTAGE JAN 23, 2001                     .21     81.67
 1587   2001-01-23   37   POSTAGE
                     00   POSTAGE JAN 23, 2001                     .34     81.33
 1587   2001-01-23   37   POSTAGE
                     00   POSTAGE JAN 23, 2001                     .76     80.57
 8024   2001-01-24   32   HOU COMMISSARY
                     00   FOR   1/24/2001                        42.89     37.68
 8031   2001-01-31   32   HOU COMMISSARY
                     00   FOR   1/31/2001                        30.74      6.94

                                           MORE TRANSACTIONS? (Y/N)
F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

```
                     INMATE ACCOUNTS SYSTEM              MA301A2
                     INQUIRY  -  TRANSACTIONS

INMATE NUMBER   NAME, LAST         FIRST           MI
  CY1623        ROTH               CALVIN          W

BATCH    DATE          TRANSACTION/TRANSACTION SUB    TRANSACTION       NEW
NUMBER YEAR MO DAY     CODE DESCRIPTION                   AMOUNT    BALANCE
1449  2001-01-11   10  MAINTENANCE PAYROLL
                   00  PAY GR. #1  12/1 - 12/31/00         62.48      63.30
9101  2001-01-11   34  RADIO/TV
                   00  CABLE TV SERVICE                     9.00      54.30
1454  2001-01-12   13  PERSONAL GIFT FROM
                   00  JANET STEFFY 560469                 80.00     134.30
1509  2001-01-17   37  POSTAGE
                   00  POSTAGE JAN 17, 2001                  .34     133.96
8018  2001-01-18   32  HOU COMMISSARY
                   00  FOR  1/18/2001                      51.40      82.56
1566  2001-01-22   37  POSTAGE
                   00  POSTAGE JAN 22, 2001                  .34      82.22

                                    MORE TRANSACTIONS? (Y/N)
F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

```
                         INMATE ACCOUNTS SYSTEM                       MA301A2
                         INQUIRY  -  TRANSACTIONS

INMATE NUMBER    NAME, LAST          FIRST           MI
  CY1623         ROTH                CALVIN          W

BATCH      DATE           TRANSACTION/TRANSACTION SUB     TRANSACTION      NEW
NUMBER  YEAR MO DAY       CODE  DESCRIPTION                   AMOUNT    BALANCE
 1792   2001-02-08   37   POSTAGE
                     00   POSTAGE FEB 8, 2001                    .76       6.18
 1798   2001-02-08   10   MAINTENANCE PAYROLL
                     00   PAY GR. #1 1/1 - 1/31/01             61.99      68.17
 9102   2001-02-08   34   RADIO/TV
                     00   CABLE TV SERVICE                      9.00      59.17
 1846   2001-02-14   37   POSTAGE
                     00   POSTAGE FEB 14, 2001                   .76      58.41
 8045   2001-02-14   32   HOU COMMISSARY
                     00   FOR   2/14/2001                      45.47      12.94
 8053   2001-02-22   32   HOU COMMISSARY
                     00   FOR   2/22/2001                      11.88       1.06

                                          MORE TRANSACTIONS? (Y/N)
F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

```
                       INMATE ACCOUNTS SYSTEM                      MA301A2
                       INQUIRY   -   TRANSACTIONS

 INMATE NUMBER    NAME, LAST          FIRST            MI
 CY1623           ROTH                CALVIN           W

 BATCH      DATE         TRANSACTION/TRANSACTION SUB   TRANSACTION    NEW
 NUMBER  YEAR MO DAY     CODE DESCRIPTION                   AMOUNT    BALANCE
 1962    2001-02-26  37  POSTAGE
                     00  POSTAGE FEB 26, 2001                 1.39     .33CR
 9103    2001-03-08  34  RADIO/TV
                     00  CABLE TV SERVICE                     9.00    9.33CR
 2115    2001-03-09  10  MAINTENANCE PAYROLL
                     00  PAY GR. #1 2/1- 2/28/01             56.36    47.03
 2150    2001-03-12  38  INSIDE PURCHASES
                     00  VENDACARD MARCH 12, 2001             5.00    42.03
 2176    2001-03-14  37  POSTAGE
                     00  POSTAGE MARCH 14, 2001                .34    41.69
 8073    2001-03-14  32  HOU COMMISSARY
                     00  FOR  3/14/2001                      39.94     1.75

                                    MORE TRANSACTIONS? (Y/N)
 F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```

```
                      INMATE ACCOUNTS SYSTEM                      MA301A2
                      INQUIRY  -  TRANSACTIONS

INMATE NUMBER    NAME, LAST          FIRST              MI
  CY1623         ROTH                CALVIN             W

BATCH      DATE           TRANSACTION/TRANSACTION SUB    TRANSACTION     NEW
NUMBER  YEAR MO DAY       CODE DESCRIPTION                    AMOUNT   BALANCE
2244    2001-03-20   37   POSTAGE
                     00   POSTAGE MARCH 20, 2001                 .21      1.54
2412    2001-04-03   13   PERSONAL GIFT FROM
                     00   JANET STEFFY 101907                  30.00     31.54
                                                                 .00       .00
                                                                 .00       .00
                                                                 .00       .00
                                                                 .00       .00

                                        NO MORE TRANSACTIONS    N
F1 LOGOFF, F2 SYS MAST MENU, F3 ACCT MENU
```