CALVIN WILLIAM ROTH, Jr.
INST. NO. CY-1623
P.O. BOX 1000
HOUTZDALE, PA 16698-1000

MAY 1st, 2001

CLERK, U.S. DISTRICT COURT
P.O. BOX 1148
SCRANTON, PA 18501

FILED
SCRANTON
MAY 04 2001
PER _____
DEPUTY CLERK

IN RE:

CIVIL ACTION NO. 1:CV-00-1831
HABEAS CORPUS ACTION TO PAY FILING FEE OF $5.00

Dear Clerk,

On April 23rd of 2001, an ORDER was entered by the Honorable Judge Sylvia H. Rambo requiring, that the Petitioner, Calvin William Roth, Jr., in his Habeas Corpus Action pay a filing fee of $5.00 in (20) days of the date of the ORDER.

This is a formal written request by the Petitioner for a reasonable extension of time in which to make the $5.00 filing fee. The Petitioner does have a job within the prison and gets paid on a monthly basis, but at this time, he does not have adequate funds in his inmate account and will not be able to make the $5.00 payment within the (20) days givin by the Court.

Therefore, the Petitioner respectfully asks, that the Honorable Court [GRANT] him an extension of time till the week of May 21st of 2001, when his institutional state pay will be credited to his account and prompt payment can be made.

THANK YOU FOR YOUR TIME AND EFFORTS IN THIS MATTER !!!

SINGERELY,
_____
CALVIN WILLIAM ROTH, Jr
5-1-2001

cc:file