IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN WILLIAM ROTH, | : | CIVIL ACTION NO. 1:CV-00-1831 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | (Judge Rambo) |
| Respondent | : | |

FILED
HARRISBURG, PA
MAY 18 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

AND NOW, upon consideration of Petitioner's motion for a seven (7) day enlargement of time in which to file his required filing fee of $5.00 for his petition for writ of habeas corpus, **IT IS HEREBY ORDERED THAT** the motion (Doc. 13) is granted. Petitioner is granted an enlargement of time until May 25, 2001 in which to pay his fee. In the interim, a decision regarding service of the petition will be held in abeyance.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: May 18, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 18, 2001

Re: 1:00-cv-01831   Roth v. Commonwealth of PA

True and correct copies of the attached were mailed by the clerk to the following:

Calvin William Roth
SCI-HOUTZDALE
CY-1623
P.O.Box 1000
Houtzdale, PA  16698-1000

cc:
| | | | |
|---|---|---|---|
| Judge | (X) | (X) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )   PA Atty Gen ( ) DA of County ( )   Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other_____ | ( ) | | |

MARY E. D'ANDREA, Clerk

BY: _____
Deputy Clerk

DATE: May 18th, 2001