(16)
6-8-01
MA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CALVIN WILLIAM ROTH, JR.,** : CIVIL NO. 1:CV-00-1831
:
Petitioner :
: (Judge Rambo)
v. :
:
**COMMONWEALTH OF** :
**PENNSYLVANIA, ET AL.,** :
:
Respondent :

FILED
HARRISBURG, PA

JUN 0 8 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**O R D E R**

AND NOW, THIS  9  DAY OF JUNE, 2001, **IT IS HEREBY ORDERED**
**THAT:**

1. The Clerk of Court is directed to serve a copy of the petition and this order by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the District Attorney of York County.

2. Within twenty (20) days of the date of this order, Respondent(s) shall answer the allegations in the petition for writ of habeas corpus. Consistent with Rule 5 of the Rules Governing § 2254 Cases in the United States Courts, the answer shall:

> (a) state whether the Petitioner has exhausted state remedies available under state law with respect to each claim presented, including any post-conviction remedies;
>
> (b) be accompanied by those portions of any transcripts the Respondent(s) deems relevant to disposing of the claims raised in the petition;
>
> (c) indicate what other proceedings that might be relevant to the petition have been recorded but have not yet been transcribed;

    (d)    be accompanied by copies of any of the Petitioner's briefs on appeal, either from the judgment of conviction or from an adverse decision in a post-conviction proceeding; copies of any opinions of the appellate courts in those proceedings; and any PCRA petitions.

3. Respondent(s) shall file a memorandum of law with the answer. The memorandum shall set forth the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

4. Petitioner shall, if he so desires file a reply brief within fifteen (15) days of receipt of the Respondent'(s) filings.

5. A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondent'(s) answer and memorandum of law, and, if any, the Petitioner's reply.

                                                SYLVIA H. RAMBO
                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

June 8, 2001

Re:  1:00-cv-01831    Roth v. Commonwealth of PA

True and correct copies of the attached were mailed by the clerk to the following:

```
Calvin William Roth
SCI-HOUTZDALE
CY-1623
P.O. Box 1000
Houtzdale, PA  16698-1000

DA of York County
Courthouse
28 East Market Street
York, PA  17401  Fax No.: 717-771-9738
```

```
cc:
Judge                           (X)            (X) Pro Se Law Clerk
Magistrate Judge                ( )            ( ) INS
U.S. Marshal                    ( )            ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             (X)  with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )   PA Atty Gen (X)
                                          DA of York County  (X)

Bankruptcy Court                ( )
Other _____    ( )
```

MARY E. D'ANDREA, Clerk

6/8/01

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0168 0484

Mike Fisher

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, February 2000       See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0168 0507

York County PA.

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, February 2000       See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0168 0491

Francis Filipi

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, February 2000       See Reverse for Instructions