**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DA of York County
H. Stanley Rebert
28 East Market Street
York, PA. 17401

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: 6/12/01
C. Signature: X D. Wise ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Deputy Attorney General
Mr. Francis Filipi,
15th Floor, Strawberry Square
Harrisburg, PA. 17120

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery: JUN 11 2001
C. Signature: [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Attorney General
Michael Fisher
15th Floor, Strawberry Square
Harrisburg, PA. 17120

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery: JUN 12 2001
C. Signature: [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0168 0484

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

CV-00-1831

**FILED**
**HARRISBURG**

JUN 20 2001

MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

Show Ca
6/8/0