ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, Et Al., Respondent | : : : : | Civil No.1:CV-00-1831 |
| v. | : : : | |
| Calvin William ROTH, Petitioner | : : | |

FILED
HARRISBURG, PA
JUN 2 9 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**MOTION FOR EXTENSION OF TIME TO FILE A BRIEF IN RESPONSE TO A PETITION FOR WRIT OF HABEAS CORPUS**

AND NOW, this _____ day of June, 2001, comes the Commonwealth of Pennsylvania and files the within Motion for Extension of Time to File a Brief in Response to the Petitioner's writ of habeas corpus for the following reason:

1. The response to the petitioner's writ of habeas corpus was assigned to an attorney within the York County District Attorney's Office.

2. The copy of the petition provided to the District Attorney's Office was incomplete - two pages of the petition were not attached. One of the missing pages contained two of the petitioner's grounds for appeal.

3. The District Attorney's Office did not receive the missing pages until June 28, 2001.

4. The Commonwealth's brief is due on June 29, 2001.

5. The matters involved are of importance to the Commonwealth and require additional research and time to prepare.

6. Accordingly, the Respondent requests that this Court allow a thirty (30) day extension of time in order to complete its brief.

7. This extension is reasonable under the circumstances.

8. This motion is made in good faith and is not predicated on intent to delay.

WHEREFORE, the Commonwealth of Pennsylvania respectfully requests an extension of thirty (30) days to file its response on behalf of the Respondent.

Respectfully submitted,

William H. Graff, Esq.
Chief Deputy Prosecutor
Office of the District Attorney
York County Court House
28 East Market Street.
York, Pa. 17401
(717) 771-9600
I.D. #43663

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, Et Al., Respondent | Civil No.1:CV-00-1831 |
| v. | |
| Calvin William Roth, Petitioner | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2001 the above captioned motion has been served via First Class Prepaid Postage to:

Frank C. Arcuri
29 E. Princess Street
York PA, 17401

William H. Graff, Esq.
Chief Deputy Prosecutor
Office of the District Attorney
28 E. Market Street
York, PA   17401
I.D. # 43663