HARRISBURG, PA

JUL 17 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

JUDGE'S COPY

Dear.    (CIVIL NO. 1:CV-00-1831)    7-15-2001

CLERK OF COURT;

Sir, I'm writing this letter to you on the matter of an order, I received on (June 8)-2001, that the CLERK of COURT sent copys to the (Attorney General) and the (District Attorney of York County) and that the order I received on (June 8-2001) that they had (20-Days) to respond to the order set down from the (U.S. District Court Middle District of Pennsylvania) Well sir, I have received a respondent from the (Attorney General) But I have not received a respond from (Attorney of York County) So Sir, I don't know if they responded to the court. So I would like to know, if the (CLERK OF Courts) could please respond to my letter, and let me know if (District Attorney of York County) has respond or not?, and have the (U.S. States District Court) has made a decision on the case, on my (writ of Habeas Corpus. So could you please get back to me on this matter? Thank you for your time, I wait for your respond

[upside-down stamp: HARRISBURG, PA / JUL 17 2001 / MARY E. D'ANDREA, CLERK]

Sir, Have A nice Day.

*[signature]*

CALVIN WILLIAM ROTH JR
CY-1623  CB-63
P.O. Box 1000
Houtzdale PA.
16698-1000