IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN WILLIAM ROTH, | CIVIL ACTION NO. 1:CV-00-1831 |
| Petitioner | |
| v. | **FILED** HARRISBURG, PA |
| COMMONWEALTH OF PENNSYLVANIA, | (Judge Rambo)  AUG 27 2001 |
| Respondent | MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Petitioner is granted twenty (20) days from the date of this order to show cause as to why his petition should not be dismissed as untimely.

2. Respondents are granted fifteen (15) days from the date of Roth's response to file a reply.

3. For clerical purposes, respondent's motion for enlargement of time to file response (Doc. 19) is dismissed as moot.

SYLVIA H. RAMBO
United States District Judge

Dated: August 27, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 27, 2001

Re: 1:00-cv-01831    Roth v. Commonwealth of PA

True and correct copies of the attached were mailed by the clerk to the following:

```
Calvin William Roth CY-1623
SCI-HOUTZDALE
P.O.Box 1000
Houtzdale, PA  16698-1000

William H. Graff Jr., Esq.
28 E. Market St.
York, PA  17401

DA of York County
Courthouse
28 East Market Street
York, PA  17401 Fax No.: 717-771-9738
```

```
cc:
Judge                          (X )         (X ) Pro Se Law Clerk
Magistrate Judge               ( )          ( ) INS
U.S. Marshal                   ( )          ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )  PA Atty Gen ( )
                                        DA of County ( )  Respondents ( )

Bankruptcy Court               ( )
Other_____     ( )
```

MARY E. D'ANDREA, Clerk

DATE: August 27th, 2001        BY: _____
                                      Deputy Clerk